JOHN O. HOYT *v.* THE CONTINENTAL LIFE INSURANCE COMPANY,
HORATIO F. AVERILL, Petitioner, Appellant.

(Argued June 11, 1886; decided June 25, 1886.)

*Horatio F. Averill* appellant in person.

*Edward H. Hobbs*, attorney for receiver, respondent.

Agree to dismiss appeal ; no opinion.
All concur.
Appeal dismissed.

---

HENRY BERGH, Appellant, *v.* WILLIAM R. GRACE, Mayor, etc.,
Respondent.

(Submitted June 15, 1886; decided June 25, 1886.)

*Nelson J. Waterbury, Jr.,* for appellant.

*John C. Shaw* and *D. J. Dean* for respondent.

Agree to dismiss appeal; no opinion.
All concur.
Appeal dismissed.